WOOLVERTON, Respondent, v. FIDELITY & CASUALTY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by William H. Woolverton, as president, against the Fidelity & Casualty Company of New York. C. C. Nadal, for appellant. J. L. Hill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WOOLWORTH v. WOOLWORTH. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Martha G. Woolworth against Herbert G. Woolworth. No opinion. Motion denied. Order filed.

WORMS et al., Respondents, v. SHERLOCK, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Henry Worms and Solomon Worms, copartners, etc., against Pauline Sherlock. No opinion. Judgment of the Municipal Court affirmed, with costs.

WRIGHT, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court. Appellate Division, Second Department. July 24, 1906.) Action by Mary E. L. Wright against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

WRIGHT et al., Respondents, v. WRIGHT et al., Appellants. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Amos W. Wright and others against Frederick W. Wright and others. W. Z. Larned, for appellants. W. M. Powell, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

WRONKER, Appellant, v. TITUS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Louis J. Wronker against George F. Titus, individually, etc., with others. C. L. Hoffman, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order settled.

X–RAY STOVE POLISH CO., Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO., Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the X-Ray Stove Polish Company against the Great Atlantic & Pacific Tea Company. No opinion. Judgment modified by striking out the allowance of costs in the judgment, and, as modified, affirmed, without costs. Settle orders on notice.

X–RAY STOVE POLISH CO., Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the X-Ray Stove Polish Company against G. Wells Walsh. P. Allen, for appellant. E. G. Stevens, for respondent. PER CURIAM. Judgment affirmed, with costs.

McLAUGHLIN, J., dissents.

YACKNOWITZ, Respondent, v. SPIRO, Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Action by Harris Yacknowitz against Isaac W. Spiro. No opinion. Motion denied.

YEOMAN, Appellant, v. McCLENAHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Hildo C. Yeoman against William McClenahan and others. No opinion. Judgment reversed on the law and facts, and a new trial granted, costs to abide the event, upon the authority of Henken v. Schwicker, 174 N. Y. 298, 66 N. E. 971.

ZELLER v. LEITER. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by William F. Zeller against Joseph Leiter. No opinion. Motion denied. Order filed.

ZILLER, Appellant, v. KRAUSE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by George E. Ziller against Bertha Krause and others. No opinion. Judgment affirmed, with costs.

ZIMBERHOFF, Respondent, v. ZIMBERHOFF, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Mary Zimberhoff against Jacob Zimberhoff. A. L. Levy, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

END OF CASES IN VOL. 100.